IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JOSEPH S. GELLER, et. al,

    Plaintiffs,

v.

CHRISTINA WHITE, in her capacity as
Miami-Dade County Supervisor of
Elections,

    Defendant.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a), (c) and 1446, Defendant Miami-Dade County Supervisor of Elections Christina White, ("Supervisor White") files this Notice of Removal and removes this action to the United States District Court for the Southern District of Florida, Miami Division, based on the facts and provisions set forth below:

1. Plaintiffs served the Complaint on Supervisor White on January 31, 2022. The Complaint is attached hereto as Exhibit A.

2. The Complaint allegedly seeks declaratory relief of Plaintiffs' rights under 52 U.S.C. § 20701. Compl. ¶¶ 4, 14, 31, 54 and 55. This Court therefore has original jurisdiction over this claim pursuant to 28 U.S.C. §§ 1331, making this action removable pursuant to 28 U.S.C. § 1441(a).

3. In addition to the federal claim against the Supervisor White, the Complaint also asserts state law claims. This Court has supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this District and Division because the alleged actions took place within Miami-Dade County, Florida.

5. This Notice is being filed within thirty days after service of the Complaint on Supervisor White. A copy of the summons served on the County is included along with the Complaint in Exhibit A. Apart from the Complaint, the record includes the following which are attached hereto:

- Plaintiffs' Motion for Temporary Injunction attached as Exhibit B.
- Plaintiffs' Motion to Appeal Pro Hac Vice attached as Exhibit C.
- Plaintiffs' Notice of Filing Exhibits attached as Exhibit D.
- Plaintiffs' Request for Production attached as Exhibit E.
- Plaintiffs' First Set of Interrogatories attached as Exhibit F; and
- Plaintiffs' Request for Admissions attached as Exhibit G.
- Notice of Special Set Hearing attached as Exhibit H.

6. Written notice of the removal of this action is being provided to Plaintiffs, and a copy of this Notice of Removal is being filed with the Clerk of the State Court.

WHEREFORE, the County respectfully requests that this Court accept and retain removal jurisdiction over this action.

[SIGNATURE BLOCK APPEARS ON NEXT PAGE]

            Respectfully submitted,

            **GERALDINE BONZON-KEENAN**
            MIAMI-DADE COUNTY ATTORNEY

By: *s/ Oren Rosenthal*
    Oren Rosenthal
    Assistant County Attorney
    Florida Bar No. 86320


    Miami-Dade County Attorney's Office
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, Florida 33128
    Phone: (305) 375-5151
    Fax:  (305) 375-5634
    Email: oren rosenthal@miamidade.gov

    *Counsel for Christina White, Supervisor of Elections for Miami-Dade County*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 18, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            /s Oren Rosenthal
            Assistant County Attorney

**SERVICE LIST**

| | |
|---|---|
| Benedict P. Kuehne, Esq.<br>Michael T. Davis, Esq.<br>Kuehne Davis Law, P.A.<br>Miami Tower, Suite 3105<br>100 S.E. 2nd Street<br>Miami, FL 33131<br>Telephone:   (305) 789-5989<br>Email: ben.kuehne@kuehnelaw.com<br>         mdavis@kuehnelaw.com<br>         efiling@kuehnelaw.com | Oren Rosenthal, Esq.<br>Assistant County Attorney<br>Miami-Dade County Attorney's Office<br>111 N.W. 1st Street, Suite 2810<br>Miami, Florida 33128<br>Telephone: (305) 375-5151<br>Facsimile: (305) 375-5634<br>Email: oren.rosenthal@miamidade.gov<br><br>*Counsel for Defendant*<br>*Christina White, Supervisor of Elections*<br>*for Miami-Dade County*<br><br>*No service made* |
| Joseph S. Geller<br>Greenspoon Marder, P.A.<br>200 E. Broward Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>Telephone:   (954) 491-1120<br>Email:          joseph.geller@gmlaw.com | |
| Marc A. Burton<br>Richard J. Burton<br>The Burton Firm, P.A.<br>2875 N.E. 181st Street, Suite 403<br>Aventura, FL 33180<br>Telephone:   (305) 705-0888<br>Email: pleadings@theburtonfirm.com<br>         mburton@theburtonfirm.com<br>         rb@theburtonfirm.com | |
| Carl Christian Sautter<br>3623 Everett Street NW<br>Washington, D.C. 20008<br>Telephone:   (202) 285-7560<br>Email: sauttercom@aol.com<br><br>*Counsel for Plaintiffs*<br><br>*Service by CM/ECF* | |