IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

CASE NO.: 2022-001393-CA-01

SECTION:     CA24

Joseph S Geller et al
Plaintiff(s),

vs.

Chirstina White (Supervisor of Election)
Defendant(s)
_____/

## ZOOM/VIRTUAL
## NOTICE OF SPECIAL SET HEARING
Status conference

**YOU ARE HEREBY NOTIFIED** that, a Special Set hearing on the above cause is scheduled for __30 min__ on __02-21-2022 at 10:00 AM__ in Room Virtual courtroom.

Virtual Court is held remotely on the Zoom platform. You will receive an email from the Court with the information you need to connect to your event by video or phone if you are on the E-Filing Portal service list. If you do not receive an email, check the judge's webpage for the Zoom link to their virtual courtroom or further instructions. You may also register for text notification via link https://cmap.jud11.flcourts.org/ebench/textNotificationsRegistration.jsp.

IT IS THE RESPONSIBILITY OF THE SCHEDULER TO PROVIDE TIMELY NOTICE OF THE ZOOM MEETING DETAILS TO ANY PARTY NOT REGISTERED ON THE E-FILING SERVICE PORTAL.

## CERTIFICATE OF SERVICE

A true and correct copy of the above notice was delivered to the parties below on __02-17-2022__.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355, Email: ADA@jud11.flcourts.org at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711.**

Copies Furnished to:
Electronically Served

Richard J. Burton, rb@theburtonfirm.com
Richard J. Burton, pleadings@theburtonfirm.com
Joseph S Geller, Joseph.Geller@gmlaw.com
Joseph S Geller, Acct-FLCourteFilingPortalPayments@gmlaw.com
Joseph S Geller, gloria.donaire@gmlaw.com
Benedict P Kuehne, ben.kuehne@kuehnelaw.com
Benedict P Kuehne, efiling@kuehnelaw.com
Benedict P Kuehne, cmelo@kuehnelaw.com
Chris Sautter, sauttercom@gmail.com
Chris Sautter, sauttercom@aol.com
Benjamin Joseph Tyler, Bentyler@floridadems.org
Benjamin Joseph Tyler, bentyler3@gmail.com
Marc A Burton, mburton@theburtonfirm.com
Marc A Burton, pleadings@theburtonfirm.com
Larry S Davis, larry@larrysdavislaw.com
Larry S Davis, lhatdavis@aol.com
Larry S Davis, courtdocs@larrysdavislaw.com
Michael Terrell Davis, mdavis@kuehnelaw.com
Michael Terrell Davis, cmelo@kuehnelaw.com
Michael Terrell Davis, efiling@kuehnelaw.com
Oren Rosenthal, orosent@miamidade.gov
Oren Rosenthal, dmh@miamidade.gov
Michael Beny Valdes, mbv@miamidade.gov
Michael Beny Valdes, mora@miamidade.gov
Supervisor of Elections, Miami-Dade County, soedade@miamidade.gov