**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   22-20508-CIV-ALTONAGA/Torres**

**JOSEPH S. GELLER**, *et al.*,

      Plaintiffs,

v.

**CHRISTINA WHITE**, in her capacity as
Miami-Dade County Supervisor of Elections,

      Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court at a February 22, 2022 Status Conference [ECF No. 8].   For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as followed:

1.   The parties shall appear before the Court, in Courtroom 13-3 of the Wilkie D. Ferguson, Jr. U.S. Courthouse, for a status conference on **Tuesday, March 8, 2022 at 12:30 p.m.**

2.   The Order Requiring a Removal Status Report **[ECF No. 5]** and the Order Requiring Scheduling Report and Certificates of Interested Parties **[ECF No. 6]** are set **SET ASIDE**.

3.   The Court will set a deadline for Defendant to respond to or answer the Complaint **[ECF No. 1-1]** after the March 8 status conference, if necessary.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of February, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record