UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20508-CIV-ALTONAGA/Torres

**JOSEPH S. GELLER**, *et al.*,

    Plaintiffs,

v.

**CHRISTINA WHITE**, in her capacity as
Miami-Dade County Supervisor of Elections,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on the Joint Motion to Remand this Action to State Court [ECF No. 14]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. This matter is remanded to the Circuit Court of the Eleventh Judicial Circuit of Florida, in and for Miami-Dade County (previously docketed as Circuit Case No. 2022-001393-CA-01 (24)). The hearing scheduled for March 18, 2022 is CANCELLED. The Clerk is instructed to mark this case closed, and any pending motions are denied as moot.

**DONE AND ORDERED** in Miami, Florida, this 17th day of March, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record